This is to advise that on October 31, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-160

In action

Ct. No. 06-00088

Former Employees of Joy
Technologies, Inc.,
(Plaintiffs,)

v.

United States Secretary of Labor,
(Defendant.)